PROB 12A
(Rev 4/95)

# United States District Court

## for

## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: EICHEL, Joshua A.  Case Number: 3:02-00187-01

Name of Sentencing Judicial Officer: Todd J. Campbell, Chief United States District Judge

Date of Original Sentence: November 3, 2003

Original Offense: 21 USC, §§841(a)(1) and 846: Distribution of Cocaine and Conspiracy to Possess with Intent to Distribute 100 Kilograms or More of Marijuana

Original Sentence: 70 Months' Custody; Four Year's Supervised Release

Type of Supervision: Supervised Release  Date Supervision Commenced: July 22, 2008

Assistant U.S. Attorney: Sunny A.M. Koshy  Defense Attorney: Peter J. Strianse

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The defendant shall not commit another federal, state or local crime:
On April 25, 2009, Mr. Eichel was arrested by the Nashville Metropolitan Police Department for Driving Under the Influence.

☒ No Action Necessary at this time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this  30  day of
April , 2009 and made a part of the records in the above case

_Todd Campbell_
Chief U.S. District Judge
Todd J. Campbell

Respectfully submitted,

U.S. Probation Officer
Dawn E. Eastes

Place  Nashville, TN

Date  April 29, 2009

Report on Offender
Under Supervision

**EICHEL, Joshua A.**
**Docket Number: 3:02-00187-01**

U.S. Probation Officer Action:

Mr. Eichel began his period of supervised release on July 22, 2008, and is scheduled to complete supervision on July 21, 2012. Mr. Eichel is employed by Druid Tree Service on a full-time basis and resides with his father, Paul Eichel. He has paid his special assessment in full and has tested negative for illegal substances thus far during his term of supervision, although he missed one scheduled drug test on February 24, 2009. Although Mr. Eichel was given permission to associate with his father, Paul Eichel, who is a convicted felon, he was admonished and re-instructed in October of 2008, for associating with another convicted felon, Joey Slate, who is under supervision in this district. The association was taking place at a club owned by his father, Paul Eichel. Joshua Eichel was instructed that he may not frequent or maintain employment at this club, known as The Silverado.

On April 25, 2009, Mr. Eichel was arrested by the Metropolitan Nashville Police Department for Driving Under the Influence of Alcohol, 2nd Offense, a Class A Misdemeanor. According to the affidavit, Mr. Eichel's vehicle was observed by the police officer to be swerving across the roadway on Murfreesboro Pike near Spence Lane. When Mr. Eichel was stopped, the officer observed that Mr. Eichel exhibited red and glassy eyes, a flushed face, dry mouth, stuporous appearance, and unsteadiness while standing or walking alone. Cues of impairment were observed during the field sobriety test on all three tasks. A second officer summoned to the scene observed similar cues associated with impaired drivers and the officer also noted Mr. Eichel smelled of an alcoholic beverage, admitting to drinking "one beer" that night. Mr. Eichel was taken into custody and he agreed to submit a breath sample. The sample indicated his B.A.C. to be .133%, which is above the .08% illegal limit for the State of Tennessee, according to T.C.A. 55-10-401. The officer cited Mr. Eichel's prior DUI conviction in Williamson County within the past ten years and charged him with DUI 2nd Offense. His next scheduled court appearance in Davidson County General Sessions Court is on May 21, 2009, at 1:00 p.m. before Judge Michael Mondelli.

Mr. Eichel properly notified the probation officer of his arrest and took responsibility for his actions, admitting that he had consumed "several beers" at home before going out that night. He was agreeable to participating in treatment and a referral to Centerstone has been made.

It is recommended that Mr. Eichel be allowed the opportunity to complete treatment and that no adverse action be taken by the court at this time. Should Mr. Eichel incur further violations of his supervised release, however, the court will be immediately notified. Assistant United States Attorney, Sunny Koshy, has been advised and concurs with this recommendation.

Approved by:
Supervisory U.S. Probation Officer
Kenneth Parham