UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:02-00187 |
| | ) | JUDGE CAMPBELL |
| JOSHUA A. EICHEL | ) | |

ORDER

Pending before the Court is a Petition to Revoke Supervision (Docket No. 333). The Court held a hearing on the Petition on August 20, 2010. The Court approved the following agreement by the parties:

1. Defendant Joshua Eichel admitted the five (5) violations charged in the Petition.

2. The Special Conditions of Supervised Release in the original Judgment (Docket No. 218) entered on November 4, 2003, are modified such that Defendant shall pay for his substance abuse treatment.

3. Defendant Joshua Eichel shall not be on the premises of Silverado, 1204 Murfreesboro Road, Nashville, Tennessee 37217.

4. The Conditions and Special Conditions of Supervised Release of the Judgment (Docket No. 218) entered on November 4, 2003, otherwise remain unchanged.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE