# UNITED STATES DISTRICT COURT

| MIDDLE | District of | TENNESSEE |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

|  |  |  |
|---|---|---|
| JOSHUA A. EICHEL | Case Number: | 3:02-00187 |
|  | USM Number: | 17990-075 |
|  | Peter J. Strianse | |
|  | Defendant's Attorney | |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  <u>One (1) through Four (4)</u>  of the term of supervision.

☐  was found in violation of condition(s)  <u>        </u>  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 1/24/11 |
| 2 | Defendant shall participate in a program of drug testing | 2/16/11 |
| 3 | Defendant shall participate in a program of drug treatment and be responsible for the costs of the treatment | 2/24/11 |
| 4 | Defendant shall not leave the judicial district without the permission of the Court or the Probation Officer | 8/27/10 |

      The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)  <u>      </u>  and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.  <u>8223</u>

<u>March 1, 2011</u>
Date of Imposition of Judgment

*Todd Campbell*

Signature of Judge

Defendant's Year of Birth:  <u>1981</u>

City and State of Defendant's Residence:

<u>Nashville, TN</u>

<u>Todd J. Campbell, United States District Judge</u>
Name and Title of Judge

<u>March 1, 2011</u>
Date

DEFENDANT:        JOSHUA A. EICHEL                                    Judgment — Page 2 of 2
CASE NUMBER:      3:02-00187

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:        six (6) months

No period of Supervised Release is imposed.

__X__   The Court makes the following recommendations to the Bureau of Prisons:

Incarceration at the Bureau of Prisons' satellite camp facility at Manchester, Ky, if consistent with the Defendant's security classification.

__X__   The Defendant is remanded to the custody of the United States Marshal.

_____   The Defendant shall surrender to the United States Marshal for this District:

_____   at _____ p.m. on _____

_____   as notified by the United States Marshal.

_____   The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

_____   before 2 p.m. on _____

_____   as notified by the United States Marshal.

_____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal